# United States Court of Appeals for the Federal Circuit

October 4, 2021

**ERRATA**

Appeal No. 2020-1188

**ROY LYNN MCCUTCHEN, PADUCAH SHOOTER'S SUPPLY, INC., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

Decided:  October 1, 2021
Precedential Opinion

Please make the following changes:

Page 5, line 5 (majority opinion): change "Firearm" to "Firearms".

Page 5, line 9 (majority opinion): change "Firearm" to "Firearms".

Page 5, line 12 (majority opinion): change "Firearm" to "Firearms".

Page 9, line 8 (Wallach, J., concurring): change "Firearm Owners" to "Firearms Owners'".